| | AUSA: Ranya Elzein | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Eli Bowers | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
   v.

Derek Marshall McMenemy

Case No. 26-mj-30393

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2024 - April 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2), (b) | Attempted receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5) | Attempted possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Eli Bowers, Special Agent-FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 1, 2026__

_Judge's signature_

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2015 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and, as part of my duties, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement

1

officer who is engaged in enforcing criminal laws and I am authorized by law to request an arrest warrant.

3.    As it relates directly to this affidavit, in 18 U.S.C. § 2256 (C), child pornography is defined as "any visual depiction, including any . . . computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where . . . such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

4.    This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Derek Marshall McMenemy for violations of 18 U.S.C. §§ 2252A(a)(2), (b) (attempted receipt of child pornography) and 18 U.S.C. § 2252A(a)(5) (attempted possession of child pornography).

5.    The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

6.    This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe

2

are necessary to establish probable cause that MCMENEMY committed the offenses listed above.

## PROBABLE CAUSE

7.      In April 2024, FBI members executed a residential search warrant relating to violations of federal law concerning child pornography at a residence in South Carolina.  During the review of electronic devices seized from the residence, multiple sexually explicit chat conversations involving the South Carolina subject's (SC1) daughter were observed. SC1 is a real person whose identity I know.

8.      Some of the sexually explicit communications which were observed on SC1's devices were on the chat application Kik, which allows users to send text messages, images, voice messages, and videos.  Kik users are able to participate in group chats as well as one-on-one communications.  The Kik application allows users to search for group chats by topic, location, or other shared interests.

9.      One such Kik conversation, which took place in April 2024, was between SC1 and an individual utilizing username jimmalow1, later identified as Derek McMenemy.  During the conversation, SC1 sent McMenemy multiple images of an 11 to 13-year-old girl in a pink dress, including one where she is sitting on a chair.  McMenemy responded by calling the girl sexy, asking how her panties smell, and indicating he would like to see up her skirt. SC1 then said:

3

"Wanna see a ai fake of her. Other guys think it hot pic?" McMenemy responded, "Yes. Send." SC1 then sent McMenemy the same image of the 11 to 13-year-old girl sitting in a chair, however the image was altered to depict her completely nude, including the depiction of nude breasts and the top of her pubic region.

10.    McMenemy responded that he loved the image, described it as a "nice tight little teen body," and stated that he would love to suck on her breasts, kiss her face, rub her vagina, and perform oral sex on her.  He also indicated that he was masturbating to the picture and sent SC1 an image of him doing so.

11.    McMenemy then asked to see more of the 11 to 13-year-old girl, and SC1 responded by sending a photograph of her in a two-piece bathing suit.

12.    Based on my training and experience, the above conversation demonstrates McMenemy's sexual interest in children and his attempt to receive child pornography.

13.    After I received this information about McMenemy's chats with SC1, the FBI searched a database managed by the National Missing and Exploited Children (NCMEC) for any tips relating to McMenemy. Communication applications submit these tips to NCMEC when they suspect, through user reports or their own searches, that any of their users are involved with the sexual exploitation of children.  The search revealed a tip concerning McMenemy that had

been submitted by the Kik application for activity related to the suspected distribution of child pornography.

14. More specifically, the tip submitted by Kik included the chats and media shared between Kik user jimmalow1, known to investigators as McMenemy, and another unknown subject. The conversation took place over the course of three days beginning on April 30, 2025. This communication involved McMenemy and the other individual discussing their shared sexual interest in children. Additionally, McMenemy shared clothed images of an actual minor child, whose identity is known to me based on my entire investigation to date, and who is known to McMenemy, hereinafter Minor Victim 1 (MV-1).

15. Kik provided the Internet Protocol (IP) addresses that was associated with the jimmalow1, which was issued by the Internet Service Provider (ISP), Wide Open West (WOW). Similar to a phone number, an IP address is unique to an individual customer at a specific date and time. Internet Service Providers maintain logs of which customer was issued which IP address at any specific time.

16. The subscriber for this IP address was Derek McMenemy at a specific residential address in Riverview, MI.

17. On May 13, 2026, the FBI executed a search warrant at that residence. McMenemy was not present at the time of the execution of the search warrant. Agents did not seize any electronic devices from the residence.

18.     Later the same day, McMenemy turned his cellular phone over to his local police department in Riverview, Michigan.  On May 18, 2026, the FBI executed a search warrant for this phone.  The following is a summary of the information found on the device:

    a.    Although not installed on the device at the time of the extraction, the Kik application had been installed and uninstalled dozens of times.  Most recently, the Kik application had been uninstalled a few hours after the execution of the search warrant at McMenemy's residence, but prior to the phone being turned over to police.

    b.    The same images shared in McMenemy's Kik account, to include images of MV-1, were observed on the device.

    c.    Numerous depictions of McMenemy wearing black thigh-high stockings were observed on the device, which are consistent with the images McMenemy sent to other subjects via the Kik application.

    d.     McMenemy's Kik username was remembered by the device in the user dictionary.  This indicates the word was typed frequently enough that the device remembered the word so that

it could be automatically populated when the user began typing it in.

e.  The device visited the "mail.com" site using the username jimmalow1, which is consistent with the email address utilized to set up McMenemy's Kik account.

19.  In May 2026, I executed a search warrant on McMenemy's Kik account, jimmalow1.  Due to the nature of the Kik application, only the media shared by McMenemy was available, as the media sent by other individuals did not exist in Kik's servers.  However, the communication from the parties involved in the conversations was viewable by investigators.

20.  Two of the Kik conversations found in his account were pertinent to the aforementioned federal violations.

21.  The first conversation, hereinafter CONVERSATION-A, occurred on November 8, 2025 and was between McMenemy and an unknown individual, UNK1.  In CONVERSATION-A, McMenemy sends UNK1 an image of an approximately nine-year-old MV-1 in a two-piece bathing suit, which depicts MV-1 from the rear.  McMenemy identifies MV-1 as being nine to ten years old in the image and states that she had a "Nice red pussy."

22.  Then, based on the context of the conversation, it appears that UNK1 sent McMenemy an image. Although I cannot see the image, McMenemy states,

7

"Nice red pussy. Not to be picky. Have any with no hair?"  In my training and experience, and based on the context of McMenemy's conversation with UNK1, I believe that UNK1 send McMenemy an image of a minor's vagina and that McMenemy responded by asking UNK1 if he had any photographs depicting a minor's vagina without any hair.

23.    McMenemy and UNK1 then discussed whether there are any Kik groups to join to trade pictures, and McMenemy stated that most men now require you to buy images.

24.    McMenemy went on to send UNK1 an image of MV1 when she was approximately 15 years old, standing in a carpeted room wearing a skirt and white top, and identifying MV1 as 15 years old in the image.  McMenemy then asked for "a couple young nudes" from UNK1.  Although I cannot see any images, I believe that UNK1 sent McMenemy at least one image depicting a nude minor, as the next communication after McMenemy asked for the images was McMenemy stating, "Mmmm. That's gonna make me cum."

25.    The above conversation shows McMenemy identifying the unaltered image of MV1 as being from when she was 15 years old.  The conversation also included discussions of masturbating to children and smelling children's underwear.  McMenemy appears to request child pornography, but as the media is unavailable, I cannot confirm what media, if any, was received by McMenemy.

8

26.     The second pertinent conversation from McMenemy's Kik account was a conversation between McMenemy and another unknown individual, UNK2 that occurred on March 23, 2026.  In that conversation, UNK2 altered the previously-described image of MV-1 depicting her at 15 years old by using artificial intelligence to depict her nude.  A summary of that conversation, hereinafter CONVERSATION-B is as follows:

**CONVERSATION-B**

UNK2 - Have an AI app that can change clothes etc .. very sexy

McMenemy – Love that

UNK2 – Yeah it's pretty impressive

McMenemy – [Sends unaltered image of MV-1 when she was 15 years old standing in a carpeted room wearing a flower-print skirt and white top (Same image as sent in CONVERSATION-A)]

UNK2 – Curious?

McMenemy – Very. If you don't mind

UNK2 – I don't… Wouldn't without your permission

McMenemy – Thanks

McMenemy – Wow

UNK2 – Yeah…Almost works too well

UNK2 - I think they got the upper half pretty dead on... Her legs look thinner though

McMenmey – Little bit. But hot

UNK2 – Very

UNK2 - Just kinda like like those thighs don't touch in reality&lt;3

McMenemy – It's a great shot

UNK2 – I think it's just her looking amazing

McMenemy – Yes. I wonder how young AI can go with it. ?

27.     Thus, CONVERSATION-B shows an interaction where McMenemy and UNK2 appear to create an altered image of MV-1.  In particular, McMenemy provides the unaltered image, and the conversation continues as if the altered image was sent back and the two discuss the results.  I believe this image was in fact sent to McMenemy in this chat conversation because I located the image they appear to be discussing on McMenemy's cellular device.  The image was created on the cellular phone on the same date in which the chat conversation occurred.  It is further described as follows:

      a.    An image of a girl, completely nude, from the neck down, clearly showing her breasts and the top portion of her vagina, with her labia partially visible (Image One).  She is standing in a carpeted room in the same distinctive position as in the

10

unaltered image of 15-year-old MV-1 shared by McMenemy. The girl is wearing the same jewelry on her wrists, and the same carpet, couch, drapes, wall, and wooden trim is observed in the background of the photograph. The digital alteration appears to have removed the clothing of MV-1, but kept the remainder of the body parts that were exposed (arms, legs, etc.) in the original picture.

28. Based on my training, experience, and review, Image One meets the federal definition of child pornography, and was located on McMenemy's cellular device.

29. I believe McMenemy is the user of the Kik account involved in CONVERSATION-A and CONVERSATION-B, which shared the image of 15-year-old MV-1, based on the following:

    a. The Kik user's own identification as a 50-year-old man from a 2024 chat, the same user's claim to have access to MV-1, and the user's identification of MV-1 by her age. These facts and ages are consistent with McMenemy and MV1. MV1 is known to both McMenemy and investigators.

11

b. The IP addresses used primarily to access the Kik account is associated with the WOW Internet account at McMenemy's residence.

c. The IP address used to access the Kik account on the day of the search warrant is associated with a satellite-based Internet carrier.  Pursuant to an Administrative subpoena, this IP address was assigned to McMenemy as the registered subscriber.

d. The images McMenemy shared in the chats were that of an approximately 50-year-old white man, which is consistent with McMenemy based on a review of McMenemy's Secretary of State driver's license photograph. Although no images of McMenemy's face were shared in the chats, the skin tone and body type appear to be consistent with the Secretary of State image.  The images also depicted a bedroom with distinctive furniture.  I observed this furniture in McMenemy's bedroom at the time of the execution of the residential search warrant.

30. The Kik conversations above show McMenemy attempting to receive computer-altered images of child pornography on two separate occasions, one of girl known to an FBI subject in South Carolina, and one known to McMenemy. The unaltered image of MV-1 was provided by McMenemy in the Kik

conversation and the altered child pornography image of MV-1 was observed on

McMenemy's cellular device.

## CONCLUSION

31.   Based on the foregoing, there is probable cause to believe that Derek

Marshall McMenemy violated 18 U.S.C. §§ 2252A(a)(2), (b) (attempted receipt of

child pornography) and 18 U.S.C. § 2252A(a)(5) (attempted possession of child

pornography).

Respectfully submitted,

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Date:   July 1, 2026

13